LOCEY v. AMERICAN CENT. INS. CO. SAME v. PA-
CIFIC FIRE INS. CO. SAME v. HARTFORD FIRE
INS. CO.

No. 11,548; September 16, 1886.

11 Pac. 791.

Fire Insurance—Other Insurance—Waiver of Notice.—Evidence
held to fail to show a waiver of notice of other insurance, or any
act working an estoppel from asserting want of such notice, on de-
fendants' part.

These were actions brought by the appellant to recover on
certain fire insurance policies issued by the respondents. The
respondents set up as a defense that the plaintiff had, in vio-
lation of the terms of his policies, insured his premises in
more than one company, without consent.

Grove L. Johnson and Freeman, Johnson & Bates for plain-
tiff and appellant; T. C. Van Ness and Gray & Haven for
defendants and respondents.

By the COURT.—These three cases are embraced within
one appeal. The court below was justified in granting the
nonsuits. The evidence failed to show a waiver by the de-
fendants of notice of other insurance and failed to show
any act by which the defendants would be estopped from
asserting want of such notice.

The orders denying motions for new trial are affirmed.